PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Everett Hunt                                          Cr.: 10-00596-01
                                                                        PACTS #: 51951

Name of Sentencing Judicial Officer: Honorable Alan N. Bloch; reassigned to the Honorable Faith S. Hochberg

Date of Original Sentence: 1/26/09

Original Offense: Conspiracy to Possess with Intent to Distribute Heroin

Original Sentence: 36 months imprisonment followed by a two-year-term of supervised release with condition of drug testing and treatment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 8/13/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Hunt tested positive for morphine on September 24, 2010. |

U.S. Probation Officer Action:

The offender was referred to outpatient counseling at Trinitas to address his relapse issues, and he was placed in phase one of the urine monitoring program.

Respectfully submitted,
By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 12/13/10

*The Courts endorsement of the petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

12/15/10
Date